UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ERIC WALTERS,**

    Plaintiff,

vs.                        Case No. 8:19-cv-722-T-35-AEP

**CAREFREE BOAT CLUB OF TAMPA BAY, INC., a Florida corporation, and MARTIN A. MELTON,**

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIC WALTERS, and Defendants, CAREFREE BOAT CLUB OF TAMPA BAY, INC., a Florida corporation, and MARTIN A. MELTON, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41, hereby jointly file this Joint Stipulation of Dismissal with Prejudice of Plaintiff's claims. Plaintiff stipulates that he is being paid in full for actual and liquidated damages for all hours worked and attorneys' fees were negotiated separately without regard to the amount paid to Plaintiff. Thus, judicial review and approval is not required under *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1354-55 (11th Cir. 1982). Accordingly, the matter should be dismissed with prejudice.

Dated this 12th day of July, 2021.

| | |
|---|---|
| /s/ Craig L. Berman | /s/ R. Mark Bortner |
| Craig L. Berman, Esq. | R. Mark Bortner |
| BERMAN LAW FIRM, P.A. | Della Costa & Neville, P.A. |
| 111 Second Avenue N.E., Suite 706 | 5223 Park Boulevard, Suite 100 |
| St. Petersburg, FL 33701 | Pinellas Park, Florida 33781 |
| Telephone: (727) 550-8989 | Telephone: 727-584-8899 ext. 4 |
| Facsimile: (727) 894-6251 | Facsimile: 727-584-8890 |
| craig@bermanlawpa.com | mark@ProLawUSA.com |
| Fla. Bar No. 068977 | Florida Bar No.: 087180 |
| **Trial Counsel for Plaintiff** | **Trial Counsel for Defendants** |